IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IMELDA GARCIA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ELOISA GARCIA, DECEASED, ANNA GARCIA, GRACIE VELA, HERMELINDA GARCIA, MARIA JUAREZ, MICHAEL CAVAZOS, NOEMI FUENTEZ, and ZENAIDA CERDA,** | § § § § § § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § § | **CIVIL ACTION NO. _____** |
| **KARISSA HEALTH CARE, LLC d/b/a BRIDGECREST REHABILITATION SUITES and THI OF TEXAS, LLC,** | § § § § | |
| **Defendants.** | § | |

### JOINT CONSENT NOTICE OF REMOVAL
### ON BEHALF OF ALL DEFENDANTS

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendants Karissa Health Care, LLC d/b/a Bridgecrest Rehabilitation Suites and THI of Texas, LLC, hereby remove the above-styled action to this Court from the 157th Judicial District Court of Harris County, Texas, by filing this Notice and by filing a copy of this Notice in the 157th District Court of Harris County, Texas.

This Motion is made jointly and with the unambiguous consent of both Defendants. In support thereof, Defendants state as follows:

D/946843v1

1.	This action is being removed pursuant to 28 U.S.C. § 1441(a) because it is between citizens of different States and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.  *See* 28 U.S.C. § 1332(a)(1).

2.	Plaintiffs Imelda Garcia, Individually and on Behalf of the Estate of Eloisa Garcia, Deceased, Anna Garcia, Gracie Vela, Hermelinda Garcia, Maria Juarez, Michael Cavazos, Noemi Fuentez, and Zenaida Cerda, commenced this action on March 17, 2016 by filing an Original Petition in the 157th Judicial District Court of Harris County, Texas, styled *Imelda Garcia, Individually and on Behalf of the Estate of Eloisa Garcia, Deceased, Anna Garcia, Gracie Vela, Hermelinda Garcia, Maria Juarez, Michael Cavazos, Noemi Fuentez, and Zenaida Cerda v. Karissa Health Care, LLC d/b/a Bridgecrest Rehabilitation Suites and THI of Texas, LLC*, Cause No.. 2016-17535 ("State Court Action").  A copy of the docket sheet and all other process, pleadings, and orders served on Defendants and on file in the State Court Action are attached hereto as **Exhibit A**, as required by 28 U.S.C. § 1446(a).

3.	Defendants were each served with process on May 11, 2016.  Copies of Plaintiffs' service of process are attached and filed with the Joint Consent Notice of Removal as **Exhibit B** and are incorporated herein by reference.

4.	This is a proceeding in which Plaintiffs allege various causes of action against Defendants, arising from and concerning the provision of healthcare to Plaintiffs' decedent, Eloisa Garcia, while she was a resident at Bridgecrest Rehabilitation Suites, a skilled nursing facility.

5.	This Joint Consent Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(2)(B) in that all Defendants were served on May 11, 2016 and are therefore removing

within thirty (30) days of receipt of the "initial pleading setting forth the claim for relief upon which such action or proceeding is based . . ."

6. Pursuant to 28 U.S.C. § 1446(d), the Defendants will promptly serve a copy of this Joint Consent Notice of Removal upon counsel for the Plaintiffs and will promptly file a copy of the same with the District Clerk of the 157th Judicial District Court of Harris County, Texas.

## JURISDICTIONAL FACTS, ARGUMENT AND AUTHORITY DEMONSTRATING REMOVAL IS PROPER

7. Upon information and belief, at all times relevant to the Original Petition, Plaintiffs' decedent was a citizen and resident of Texas. Upon information and belief, the named Plaintiffs are also citizens and residents of Texas. *See* Original Petition, ¶¶ 4-10.

8. At the time of commencement of this proceeding and at all times at issue, Defendant Karissa Health Care, LLC d/b/a Bridgecrest Rehabilitation Suites was and is a limited liability company organized and existing under the laws of Delaware. A limited liability company is assigned the citizenship of its members. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008).

9. The sole member of Defendant Karissa Health Care, LLC d/b/a Bridgecrest Rehabilitation Suites is THI of Texas, LLC. For federal diversity jurisdiction purposes, the citizenship of Defendant Karissa Health Care, LLC d/b/a Bridgecrest Rehabilitation Center must therefore be determined by the citizenship of its sole member, THI of Texas, LLC.

10. At the time of commencement of this proceeding and at all times at issue, Defendant THI of Texas, LLC was and is a limited liability company organized and existing under the laws of Delaware.

11. The sole member of Defendant THI of Texas, LLC is THI of Baltimore, Inc., a Delaware corporation with its principal place of business in the state of Maryland. For the purposes of establishing federal diversity jurisdiction, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . ." 28 U.S.C. § 1332(c),

12. Accordingly, for federal jurisdiction purposes, THI of Texas, LLC is a citizen of both Delaware and Maryland given that its sole member, THI of Baltimore, Inc. is a Delaware corporation with its principal place of business in Maryland. As a result, Defendant Karissa Health Care, LLC d/b/a Bridgecrest Rehabilitation Suites is also a citizen of both Delaware and Maryland, as its sole member, THI of Texas, LLC is a citizen of both Delaware and Maryland.

13. Complete diversity of citizenship exists between the Plaintiffs and all Defendants pursuant to 28 U.S.C. § 1332, as Plaintiffs and all Defendants are citizens of different states.

14. Venue lies in this Court, i.e., the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. § 1441(a), because the original action was filed in a state court in the 157th Judicial District Court of Harris County, Texas, located within the Southern District of Texas, Houston Division. Venue therefore is proper in this Court because it is in the "district and division embracing the place where such action is pending." *Id.*

15. Plaintiffs' Original Petition alleges that the negligent acts and omissions by Defendants were the proximate cause of the death of Plaintiffs' decedent. These proceedings are of a civil nature and involve a controversy wholly between citizens of different states. The value of the matter in dispute in said cause, upon information and belief, exceeds the sum of Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest and costs, as appears from the allegations contained in Plaintiffs' Original Petition. Plaintiffs seek exemplary damages and actual damages from Defendants, including damages for pain and suffering of decedent, mental anguish of decedent, past medical expenses incurred for decedent's treatment, funeral expenses incurred by decedent's estate, and the pecuniary losses and loss of companionship and society, inheritance, and household services of Plaintiffs. *See* Original Petition ¶¶ 35-39. In light of the allegations alleged by Plaintiffs, it is sufficiently probable and/or certain that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

## PRAYER

16. **WHEREFORE**, Defendants Karissa Health Care, LLC d/b/a Bridgecrest Rehabilitation Suites and THI of Texas, LLC ask this Court to remove the action referred to as *Imelda Garcia, Individually and on Behalf of the Estate of Eloisa Garcia, Deceased, Anna Garcia, Gracie Vela, Hermelinda Garcia, Maria Juarez, Michael Cavazos, Noemi Fuentez, and Zenaida Cerda v. Karissa Health Care, LLC d/b/a Bridgecrest Rehabilitation Suites and THI of Texas, LLC*, Cause No.. 2016-17535 and filed in the in the 157th Judicial District Court of Harris County, Texas, to this Federal District Court.

Respectfully submitted,

**COOPER & SCULLY, P.C**.

By:   */s/ Lori D. Proctor*
     Lori D. Proctor
     *Attorney in Charge*
     State Bar No. 16682400
     Federal Bar No. 10819
     Email: Lori.Proctor@cooperscully.com

815 Walker Street, Suite 1040
Houston, TX 77002
(713) 236-6800 – Phone
(713) 236-6880 – Facsimile

**ATTORNEYS FOR DEFENDANTS
KARISSA HEALTH CARE LLC, d/b/a
BRIDGECREST REHABILITATION SUITES
and THI OF TEXAS, LLC**

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the above and foregoing document was served on counsel for the Plaintiffs in this matter pursuant to the Federal Rules of Civil Procedure on the 3rd day of June 2016.

Patrick W. Powers
Ernest C. Tosh
POWERS TAYLOR LLP
8150 North Central Expressway, Suite 1575
Dallas, TX 75206
Ernest@powerstaylor.com
(214) 239-8900 – Phone
(214) 239-8901 – Facsimile

               */s/ Lori D. Proctor*
               **LORI D. PROCTOR**